United States District Court
Southern District of Texas
**ENTERED**
March 31, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ERNESTO ROCHA, *Plaintiff* | § § § | |
| v. | § § | CA No. 7:21-cv-182 |
| CITY OF MCALLEN, *Defendant* | § § § | |

## FINAL JUDGMENT

This action was tried by a jury, and the jury has rendered a verdict. The Court now renders final judgment in accordance with Federal Rule of Civil Procedure 54.

IT IS ORDERED THAT:

The plaintiff takes nothing by this suit. Each party to bear its own costs. Any relief not expressly granted in this final judgment is hereby denied.

Signed at McAllen, Texas this 31st day of March 2023.

*Ricardo H. Hinojosa*
U.S. District Judge

1